**FILED**

MAY 19 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMAURI HUGHES,

        Plaintiff,

    v.

A. ARNOLD, et al.,

        Defendants.

Case No. 16-07311 EJD (PR)

**ORDER OF DISMISSAL**

    Plaintiff, a California state prisoner, filed a complaint in Monterey County against correctional officers at Correctional Training Facility in Soledad, California which Defendants removed to federal court under 28 U.S.C. § 1441(a). (Docket No. 1.) On April 10, 2017, the Court dismissed Plaintiff's First Amendment retaliation claim with leave to amend. (Docket No. 10.) Plaintiff was advised that failure to respond in accordance with the Court's order by filing an amended complaint in the time provided would result in the dismissal of his action without further notice to Plaintiff. (Id.) Plaintiff has failed to respond to the Court's order.

    Accordingly, this action is **DISMISSED.**

    **IT IS SO ORDERED.**

Dated: _5/19/17_

EDWARD J. DAVILA
United States District Judge

Order Dismissal
PRO-SE\EJD\CR.16\07311Hughes_dis